AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-cr-00028 |
| **JOSEPH HACKETT** | ) Assigned To : Judge Amit P. Mehta |
| | ) Assign. Date : 5/26/2021 |
| | ) Description: SUPERSEDING INDICTMENT (B) |
| | ) Related Case: 21-cr-28 (APM) |
| *Defendant* | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  JOSEPH HACKETT ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☒ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (Conspiracy); 18 U.S.C. §§ 1512(c)(2), 2 (Obstruction of an Official Proceeding and Aiding and Abetting); 18 U.S.C. §§ 1361, 2 (Destruction of Government Property and Aiding and Abetting); 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds)

Date: 05/26/2021

Robin M. Meriweather
2021.05.26 15:46:04 -04'00'

*Issuing officer's signature*

City and state:  Washington, D.C.   Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5/26/21 , and the person was arrested on *(date)* 5/28/21
at *(city and state)* Sarasota FL .

Date: 5/28/21

*Arresting officer's signature*

Ric Volp, Special Agent
*Printed name and title*