IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 21-028-14** |
| | : | |
| | : | |
| **JOSEPH HACKETT** | : | |

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of the defendant in the above-captioned matter.

Respectfully submitted,

*/s/ Mythri Jayaraman*
MYTHRI JAYARAMAN
Assistant Federal Defender

## **CERTIFICATE OF SERVICE**

I, Mythri Jayaraman, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, Federal Court Division Defender Association of Philadelphia, hereby certify that I have electronically filed and served a copy of the attached Entry of Appearance via Electronic Case Filing notification upon Assistant United States Attorneys Jeffrey S. Nestler and Kathryn Leigh Rakoczy, United States Attorney's Office, 555 4th St., NW, Washington, DC 20530.

*/s/ Mythri Jayaraman*
MYTHRI JAYARAMAN
Assistant Federal Defender

DATE:　　August 9, 2021