IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 21-28-14** |
| | : | |
| | : | |
| **JOSEPH HACKETT** | : | |

## NOTICE TO JOIN PRETRIAL MOTIONS

Joseph Hackett, is charged in Counts 1, 2, 3, and 4 of the Fifth Superseding Indictment in the above-captioned matter. By and through his undersigned counsel, Mr. Hackett hereby provides notice to the Court and the parties that he joins and adopts the pretrial motions set forth below.

- Motion to Dismiss Indictment, filed by Co-Defendant Caldwell on June 15, 2021 (#240);

- Motion to Transfer Venue, filed by Co-Defendant Caldwell on July 1, 2021 (#273);

- Motion to Sever filed by Co-Defendant Kelly Meggs on August 4, 2021 (#315).


Respectfully submitted,


*/s/ Angela Halim*
ANGELA HALIM
Assistant Federal Defender

## CERTIFICATE OF SERVICE

I, Angela Halim, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, Federal Court Division Defender Association of Philadelphia, hereby certify that I have electronically filed and served a copy of the attached Entry of Appearance via Electronic Case Filing upon Ahmed Muktadir Baset, Alexandra Stalimene Hughes, Jeffrey S. Nestler, Justin Todd Sher, Kathryn Leigh Rakoczy, Troy A. Edwards, Jr., and Louis J. Manzo, Assistant United States Attorney, United States Attorney's Office, 555 4th St., NW, Washington, DC 20530.

/s/ Angela Halim
ANGELA HALIM
Assistant Federal Defender

DATE:	August 20, 2021