IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )    CR No. 21-28-14
                                   )    Washington, D.C.
          vs.                      )    June 24, 2021
                                   )    11:00 a.m.
JOSEPH HACKETT,                    )
                                   )
          Defendant.               )
_____)


TRANSCRIPT OF ARRAIGNMENT
VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Jeffrey S. Nestler
                            U.S. ATTORNEY'S OFFICE
                            555 Fourth Street, NW
                            Washington, D.C. 20530
                            (202) 252-7277
                            Email:
                            jeffrey.nestler@usdoj.gov


For the Defendant:          Angela Halim
                            FEDERAL COMMUNITY
                            DEFENDER OFFICE
                            Pennsylvania
                            601 Walnut Street
                            Suite 501 West
                            Philadelphia, PA 19106
                            (215) 928-1100
                            Email: angie_halim@fd.org

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

P R O C E E D I N G S

COURTROOM DEPUTY:  Good morning, Your Honor.
This is Criminal Case No. 21-28-14, the United States of
America versus Joseph Hackett.

Jeffrey Nestler for the government.

Angela Halim for the defense.

The defendant is appearing via videoconference for
this hearing.

THE COURT:  All right, Counsel.  Good morning to
everyone.

Mr. Hackett, good morning.  Can you hear me okay,
sir?

THE DEFENDANT:  (Nodding head.)

THE COURT:  All right.  Great.

And I saw Mr. Hackett bobbed his head up and down.

So we're here to arraign Mr. Hackett and then
figure out a way forward.  So why don't we start with the
arraignment.

Mr. Hackett, I'm going to ask you to please pay
attention to the Courtroom Deputy who is going to announce
the charges against you.  And then, Ms. Halim, I'll turn to
you to see whether you waive a formal reading and enter a
plea for your client, all right?

MS. HALIM:  Yes, Your Honor.

DEPUTY CLERK:  May the record reflect the

1  defendant, through counsel, has received a copy of the

2  fourth superseding indictment.

3          Mr. Hackett, in Criminal Case No. 21-28-14, you

4  have been charged with the following:

5          Count 1, conspiracy, in violation of Title 18

6  United States Code Section 371;

7          Count 2, obstruction of an official proceeding and

8  aiding and abetting, in violation of Title 18 United States

9  Code Sections 1512(c)(2) and Section 2;

10          Count 3, destruction of government property and

11  aiding and abetting, in violation of Title 18 United States

12  Code Sections 1361 and Section 2;

13          And Count 4, restricted building or grounds, in

14  violation of Title 18 United States Code Section 1752(a)(1).

15          Do you waive the formal reading of the indictment

16  and how do you wish to plea?

17          MS. HALIM:  Your Honor, Mr. Hackett will waive a

18  formal reading of the indictment.  He's prepared to enter a

19  plea of not guilty at this time.

20          THE COURT:  Thank you, Ms. Halim.

21          So we will -- the record will reflect the entry of

22  a not guilty plea as to each count against Mr. Hackett.

23          All right.  So where do we stand, Mr. Nestler, in

24  terms of disclosures to Ms. Halim and Mr. Hackett?

25

```
1              MR. NESTLER:  Yes, Your Honor.
2              I've been in contact with Ms. Halim several times,
3    including yesterday.  We have sent her a hard drive with all
4    of the discovery to date, including all of the other
5    defendants' cell phone extractions and all the discovery
6    given to other defendants to date.  She should have that
7    momentarily.  And with that, we believe she'll need some
8    time -- it's a multi-terabyte hard dive -- to go through the
9    discovery, and then we ought to align this case with the
10   other co-defendants' cases for the July 2nd hearing.
11             THE COURT:  And she's signed the protective order
12   or she has sent in the protective order, Ms. Halim?
13             MR. NESTLER:  She has sent in the protective
14   order.  And with her informal consent, we sent her the
15   discovery.
16             THE COURT:  All right.  Very good.
17             Ms. Halim, anything you'd like to add?
18             MS. HALIM:  No, that's all correct, Your Honor.
19             I am in the process of formally executing the
20   protective order, because I have to send it to Mr. Hackett
21   as well.  So I'll get that as soon as I can to Mr. Nestler.
22   I do expect to receive the discovery momentarily.
23             I saw that there was a July 1st deadline for some
24   motions, and I just want to make sure that does not apply to
25   Mr. Hackett or to me.
```

```
1              THE COURT:  No.
2              MS. HALIM:  Okay.  Thank you.
3              THE COURT:  No.
4              I was going to talk about that in a moment.
5              MS. HALIM:  Okay.
6              THE COURT:  Where is Mr. Hackett presently being
7   held?
8              MS. HALIM:  He is currently at the Grady County
9   facility out in Oklahoma.
10             THE COURT:  Okay.
11             MS. HALIM:  And I don't have any information about
12  transport or timing.
13             THE COURT:  Okay.  Nor do I.
14             MS. HALIM:  Okay.
15             THE COURT:  So, Mr. Nestler, do you have any
16  further information?
17             MR. NESTLER:  Nor do I, Your Honor.
18             THE COURT:  Okay.
19             All right.  Well, so the Marshals will do their
20  best to get Mr. Hackett to the District of Columbia as soon
21  as possible.
22             In terms of next dates, Ms. Halim, you're
23  probably -- it sounds like you're already aware we have a
24  next date in this case already set for July the 2nd at
25  11:00 a.m.  Hopefully you're available then.
```

1          MS. HALIM:  I am, Your Honor.

2          THE COURT:  Okay.  Good.

3          There is, as you've noted, a Scheduling Order for

4    motions -- for defense motions due July 1.  That doesn't

5    apply to you and your client since Mr. Hackett has only

6    recently been added.  And we can discuss next steps for your

7    client, and I think there are three others who were more

8    recent additions to the indictment, in terms of how we

9    should proceed on a separate scheduling track as to their

10   cases.

11         I think that's it.  Is there anything else anybody

12   wants to raise?

13         MS. HALIM:  Nothing from the defense perspective,

14   Your Honor, at this time.

15         MR. NESTLER:  No, Your Honor.

16         Just the speedy trial deadline between now and

17   July 2nd, but I don't believe anything else.

18         THE COURT:  And, Ms. Halim, your client's position

19   with respect to speedy trial?

20         MS. HALIM:  There's no objection through July 2nd,

21   the date of the next status conference.

22         THE COURT:  All right.  Very good.

23         So based upon the representations made here today,

24   I do find that it's in the interests of justice -- the

25   interests of justice outweigh the interests of the

1    government -- excuse me, the public and the defendant in a

2    speedy trial.  And specifically we will exclude time through

3    July the 2nd, and specifically that's to afford the defense

4    time to review the discovery received and review the

5    discovery, and, frankly, I think it's excluded because

6    Mr. Hackett is still outside the jurisdiction in any event.

7            So time will be excluded through July the 2nd so

8    we can get Mr. Hackett back on the schedule as all the other

9    co-defendants in this case and we will then see everybody in

10   about a week and a day.

11           Anything else?

12           MS. HALIM:  No, Your Honor.

13           MR. NESTLER:  No, Your Honor.

14           THE COURT:  All right.  Thank you all very much.

15           MS. HALIM:  Thank you much.

16           MR. NESTLER:  Thank you.

17           (Proceedings concluded at 11:09 a.m.)

18

19

20

21

22

23

24

25

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

       Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.


Date:__July 9, 2021_____     /S/__William P. Zaremba_____

                           William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [1] 3/2
DEPUTY CLERK: [1]
3/25
MR. NESTLER: [6]
4/25 5/13 6/17 7/15
8/13 8/16
MS. HALIM: [13]
THE COURT: [16]
THE DEFENDANT: [1]
3/13

**/**

/S [1] 9/10

**1**

1100 [1] 1/20
11:00 [1] 1/6
11:00 a.m [1] 6/25
11:09 [1] 8/17
1361 [1] 4/12
14 [3] 1/4 3/3 4/3
1512 [1] 4/9
1752 [1] 4/14
18 [4] 4/5 4/8 4/11 4/14
19 [1] 9/6
19106 [1] 1/20
1st [1] 5/23

**2**

20001 [1] 2/5
202 [2] 1/15 2/5
2021 [2] 1/5 9/10
20530 [1] 1/14
21-28-14 [3] 1/4 3/3 4/3
215 [1] 1/20
24 [1] 1/5
252-7277 [1] 1/15
2nd [6] 5/10 6/24 7/17
7/20 8/3 8/7

**3**

3249 [1] 2/5
333 [1] 2/4
354-3249 [1] 2/5
371 [1] 4/6

**5**

501 [1] 1/19
555 [1] 1/14

**6**

601 [1] 1/19

**7**

7277 [1] 1/15

**9**

928-1100 [1] 1/20

**A**

a.m [3] 1/6 6/25 8/17
abetting [2] 4/8 4/11
about [3] 6/4 6/11 8/10
above [1] 9/4
above-titled [1] 9/4
add [1] 5/17

additions [1] 7/8
afford [1] 8/3
against [2] 3/21 4/22
aided [1] 2/7
aiding [2] 4/8 4/11
align [1] 5/9
all [14]
All right [2] 3/9 5/16
already [2] 6/23 6/24
am [2] 5/19 7/1
AMERICA [1] 1/3 3/4
AMIT [1] 1/10
Angela [2] 1/17 3/6
angie [1] 1/21
announce [1] 3/20
any [3] 6/11 6/15 8/6
anybody [1] 7/11
anything [4] 5/17 7/11
7/17 8/11
APPEARANCES [1]
1/12 2/1
appearing [1] 3/7
apply [2] 5/24 7/15
are [1] 7/7
arraign [1] 3/16
arraignment [1] 1/9
3/18
as [9] 4/22 5/21 5/21
5/21 6/20 6/21 7/3 7/9
8/8
ask [1] 3/19
attention [1] 3/20
ATTORNEY'S [1] 1/13
available [1] 6/25
Avenue [1] 2/4
aware [1] 6/23

**B**

back [1] 8/8
Barrett [1] 2/4
based [1] 7/23
be [1] 8/7
because [2] 5/20 8/5
been [3] 4/4 5/2 7/6
BEFORE [1] 1/10
being [1] 6/6
believe [2] 5/7 7/17
best [1] 6/20
between [1] 7/16
bobbed [1] 3/15
building [1] 4/13

**C**

can [4] 3/11 5/21 7/6
8/8
case [5] 3/3 4/3 5/9
6/24 8/9
cases [2] 5/10 7/10
cell [1] 5/5
Certified [1] 2/3
certify [1] 9/2
CH [1] 2/4
charged [1] 4/4
charges [1] 3/21
client [3] 3/23 7/5 7/7
client's [1] 7/18
co [2] 5/10 8/9

co-defendants' [1]
5/10
Code [4] 4/6 4/9 4/12
4/14
COLUMBIA [2] 1/1
6/20
COMMUNITY [1] 1/17
computer [1] 2/7
computer-aided [1]
2/7
concluded [1] 8/17
conference [1] 7/21
consent [1] 5/14
conspiracy [1] 4/5
Constitution [1] 2/4
contact [1] 5/2
CONTINUED [1] 2/1
copy [1] 4/1
correct [2] 5/18 9/3
counsel [2] 3/9 4/1
count [5] 4/5 4/7 4/10
4/13 4/22
Count 1 [1] 4/5
Count 2 [1] 4/7
Count 3 [1] 4/10
Count 4 [1] 4/13
County [1] 6/8
court [4] 1/1 2/2 2/3
9/7
Courtroom [1] 3/20
COVID [1] 9/6
COVID-19 [1] 9/6
CR [1] 1/4
Criminal [2] 3/3 4/3
CRR [2] 9/2 9/11
currently [1] 6/8

**D**

D.C [3] 1/5 1/14 2/5
date [6] 5/4 5/6 6/24
7/21 9/10
dates [1] 6/22
day [1] 8/10
deadline [2] 5/23 7/16
defendant [5] 1/7 1/17
3/7 4/1 8/1
defendants [2] 5/6 8/9
defendants' [2] 5/5
5/10
DEFENDER [1] 1/18
defense [4] 3/6 7/4
7/13 8/3
Deputy [1] 3/20
destruction [1] 4/10
disclosures [1] 4/24
discovery [7] 5/4 5/5
5/9 5/15 5/22 8/4 8/5
discuss [1] 7/10
DISTRICT [4] 1/1 1/1
1/11 6/20
dive [1] 5/8
do [9] 4/15 4/16 4/23
5/22 6/13 6/15 6/17
6/19 7/24
Do you [1] 4/15
do you have [1] 6/15
does [1] 5/24

co-defendants' [1] doesn't [1] 7/17
don't [3] 3/17 6/11 6/17
down [1] 3/15
drive [1] 5/3
due [1] 7/4
during [1] 9/5

**E**

each [1] 4/22
else [3] 7/11 7/17 8/11
Email [2] 1/15 1/21
enter [2] 3/22 4/18
entry [1] 4/21
event [1] 8/6
everybody [1] 8/9
everyone [1] 3/10
exclude [1] 8/2
excluded [2] 8/5 8/7
excuse [1] 8/1
executing [1] 5/19
expect [1] 5/22
extractions [1] 5/5

**F**

facility [1] 6/9
fd.org [1] 1/21
FEDERAL [1] 1/17
figure [1] 3/17
find [1] 7/24
following [1] 4/4
foregoing [1] 9/3
formal [3] 3/22 4/15
4/18
formally [1] 5/19
forward [1] 3/17
fourth [2] 1/14 4/2
frankly [1] 8/5
further [1] 6/16

**G**

get [3] 5/21 6/20 8/8
given [1] 5/6
go [1] 5/8
going [3] 3/19 3/20 6/4
good [6] 3/2 3/9 3/11
5/16 7/2 7/22
good morning [3] 3/2
3/9 3/11
government [4] 1/13
3/5 4/10 8/1
Grady [1] 6/8
Great [1] 3/14
grounds [1] 4/13
guilty [2] 4/19 4/22

**H**

HACKETT [17]
halim [11]
hard [2] 5/3 5/8
has [4] 4/1 5/12 5/13
7/5
have [7] 4/4 5/3 5/6
5/20 6/11 6/15 6/23
He [1] 6/8
He's [1] 4/18
head [2] 3/13 3/15
hear [1] 3/11
hearing [3] 3/8 5/10
9/5

held [1] 6/7
her [3] 5/3 5/14 5/14
here [2] 3/16 7/23
his [1] 3/15
Honor [11]
HONORABLE [1] 1/10
Hopefully [1] 6/25
how [2] 4/16 7/8

**I**

I am [2] 5/19 7/1
I can [1] 5/21
I don't [1] 7/17
I don't have [1] 6/11
I have [1] 5/20
I just [1] 5/24
I think [3] 7/7 7/11 8/5
I was [1] 6/4
I'll [2] 3/21 5/21
I'm [1] 3/19
I've [1] 5/2
including [2] 5/3 5/4
indictment [4] 4/2 4/15
4/18 7/8
informal [1] 5/14
information [2] 6/11
6/16
interests [3] 7/24 7/25
7/25
is [10]
Is there [1] 7/11
it [3] 5/20 6/23 7/11
it's [3] 5/8 7/24 8/5

**J**

Jeffrey [2] 1/13 3/5
jeffrey.nestler [1] 1/16
JOSEPH [2] 1/6 3/4
JUDGE [1] 1/10
July [9] 5/10 5/23 6/24
7/4 7/17 7/20 8/3 8/7
9/10
June [1] 1/5
jurisdiction [1] 8/6
just [2] 5/24 7/16
justice [2] 7/24 7/25

**L**

like [2] 5/17 6/23
limitations [1] 9/7

**M**

made [1] 7/23
make [1] 7/23
Marshals [1] 6/19
matter [1] 9/4
May [1] 3/25
me [3] 3/11 5/25 8/1
mechanical [1] 2/7
MEHTA [1] 1/10
Merit [1] 2/2
moment [1] 6/4
momentarily [2] 5/7
5/22
more [1] 7/7
morning [3] 3/2 3/9
3/11
motions [3] 5/24 7/4
7/4

## M

**Mr. [18]**
**Mr. Hackett [15]**
**Mr. Nestler [3]** 4/23
5/21 6/15
**Ms. [8]** 3/21 4/20 4/24
5/2 5/12 5/17 6/22 7/18
**Ms. Halim [8]** 3/21 4/20
4/24 5/2 5/12 5/17 6/22
7/18
**much [2]** 8/14 8/15
**multi [1]** 5/8
**multi-terabyte [1]** 5/8

## N

**need [1]** 5/7
**Nestler [5]** 1/13 3/5
4/23 5/21 6/15
**next [4]** 6/22 6/24 7/6
7/21
**no [10]**
**Nodding [1]** 3/13
**not [3]** 4/19 4/22 5/24
**note [1]** 9/5
**noted [1]** 7/3
**Nothing [1]** 7/13
**now [1]** 7/16
**NW [2]** 1/14 2/4

## O

**objection [1]** 7/20
**obstruction [1]** 4/7
**occurred [1]** 9/5
**OFFICE [2]** 1/13 1/18
**official [2]** 2/3 4/7
**okay [8]** 3/11 6/2 6/5
6/10 6/13 6/14 6/18 7/2
**Oklahoma [1]** 6/9
**only [1]** 7/5
**order [5]** 5/11 5/12
5/14 5/20 7/3
**other [4]** 5/4 5/6 5/10
8/8
**others [1]** 7/7
**ought [1]** 5/9
**out [2]** 3/17 6/9
**outside [1]** 8/6
**outweigh [1]** 7/25

## P

**PA [1]** 1/20
**pandemic [1]** 9/6
**pay [1]** 3/19
**Pennsylvania [1]** 1/18
**perspective [1]** 7/13
**Philadelphia [1]** 1/20
**phone [1]** 5/5
**Plaintiff [1]** 1/4
**plea [4]** 3/23 4/16 4/19
4/22
**please [2]** 3/19 9/5
**position [1]** 7/18
**possible [1]** 6/21
**prepared [1]** 4/18
**presently [1]** 6/6
**Prettyman [1]** 2/4
**probably [1]** 6/23
**proceed [1]** 7/9

## PROCEEDINGS

**proceeding [1]** 4/2
**proceedings [4]** 1/10
2/6 8/17 9/4
**process [1]** 5/19
**produced [1]** 2/7
**property [1]** 4/10
**protective [4]** 5/11
5/12 5/13 5/20
**public [1]** 8/1

## R

**raise [1]** 7/12
**reading [3]** 3/22 4/15
4/18
**Realtime [1]** 2/3
**receive [1]** 5/22
**received [2]** 4/1 8/4
**recent [1]** 7/8
**recently [1]** 7/6
**record [3]** 3/25 4/21
9/3
**recorded [1]** 2/6
**reflect [2]** 3/25 4/21
**Registered [1]** 2/2
**remotely [1]** 9/7
**Reporter [4]** 2/2 2/2
2/3 2/3
**reporting [1]** 9/7
**representations [1]**
7/23
**respect [1]** 7/19
**restricted [1]** 4/13
**review [2]** 8/4 8/4
**right [8]** 3/9 3/14 4/23
4/23 5/16 6/19 7/22
8/14
**RMR [2]** 9/2 9/11

## S

**saw [2]** 3/15 5/23
**schedule [1]** 8/8
**scheduling [2]** 7/3 7/9
**Section [4]** 4/6 4/9
4/12 4/14
**Sections [2]** 4/9 4/12
**see [2]** 3/22 8/9
**send [1]** 5/20
**sent [4]** 5/3 5/12 5/13
5/14
**separate [1]** 7/9
**set [1]** 6/24
**several [1]** 5/2
**she [3]** 5/6 5/12 5/13
**she'll [1]** 5/7
**she's [1]** 5/11
**should [2]** 5/6 7/9
**signed [1]** 5/11
**since [1]** 7/5
**sir [1]** 3/12
**so [10]**
**some [2]** 5/7 5/23
**soon [2]** 5/21 6/20
**sounds [1]** 6/23
**specifically [2]** 8/2 8/3
**speedy [3]** 7/16 7/19
8/2
**stand [1]** 4/23
**start [1]** 3/17

## STATES

**STATES [8]** 1/1
1/11 3/3 4/6 4/8 4/11
4/14
**status [1]** 7/21
**stenography [1]** 2/6
**steps [1]** 7/6
**still [1]** 8/6
**Street [1]** 1/14 1/19
**subject [1]** 9/6
**Suite [1]** 1/19
**superseding [1]** 4/2
**sure [1]** 5/24

## T

**talk [1]** 6/4
**technological [1]** 9/7
**terabyte [1]** 5/8
**terms [3]** 4/24 6/22 7/8
**Thank [5]** 4/20 6/2 8/14
8/15 8/16
**Thank you [2]** 8/15
8/16
**that [9]** 5/6 5/7 5/21
5/23 5/24 6/4 7/4 7/24
9/2
**that's [5]** 5/18 7/11 8/3
**their [2]** 6/19 7/9
**then [5]** 3/16 3/21 5/9
6/25 8/9
**there [4]** 5/23 7/3 7/7
7/11
**There's [1]** 7/20
**therefore [1]** 8/7
**think [3]** 7/7 7/11 8/5
**this [8]** 3/3 3/8 4/19 5/9
8/7 7/14 8/9 9/5
**This is [1]** 3/3
**three [1]** 7/7
**through [5]** 4/1 5/8
7/20 8/2 8/7
**time [6]** 4/19 5/8 7/14
8/2 8/4 8/7
**times [1]** 5/2
**timing [1]** 6/12
**Title [4]** 4/5 4/8 4/11
**titled [1]** 9/4
**today [1]** 7/23
**track [1]** 7/9
**transcript [3]** 1/9 2/6
9/3
**transcription [1]** 2/7
**transport [1]** 6/12
**trial [3]** 7/16 7/19 8/2
**turn [1]** 3/21

## U

**U.S [1]** 1/13
**UNITED [8]** 1/1 1/3
1/11 3/3 4/6 4/8 4/11
4/14
**United States [4]** 3/3
4/6 4/8 4/14
**up [1]** 3/15
**upon [1]** 7/23
**usdoj.gov [1]** 1/16

## V

**versus [1]** 3/4

## via [2]
**via [2]** 1/10 3/7
**videoconference [1]**
3/7
**violation [4]** 4/5 4/8
4/11 4/14
**vs [1]** 1/5

## W

**waive [3]** 3/22 4/15
4/17
**Walnut [1]** 1/19
**want [1]** 7/12
**wants [1]** 7/12
**was [2]** 5/23 6/4
**Washington [3]** 1/5
1/14 2/5
**way [1]** 3/17
**we [13]**
**we believe [1]** 5/7
**we will [3]** 4/21 8/2 8/9
**we're [1]** 3/16
**week [1]** 8/10
**well [2]** 5/21 6/19
**were [1]** 7/7
**West [1]** 1/19
**where [2]** 4/23 6/6
**whether [1]** 3/22
**who [2]** 3/20 7/7
**why [1]** 3/17
**will [7]** 4/17 4/21 4/21
6/19 8/2 8/7 8/9
**William [4]** 2/2 9/2 9/10
9/11
**wish [1]** 4/16

## Y

**Yes [2]** 3/24 4/25
**yesterday [1]** 5/3
**you [15]**
**you'd [1]** 5/17
**you're [3]** 6/22 6/23
6/25
**you've [1]** 7/3
**your [15]**
**Your Honor [11]**

## Z

**Zaremba [4]** 2/2 9/2
9/10 9/11
**ZOOM [1]** 1/10