IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 21-28-14** |
| | : | |
| | : | |
| **JOSEPH HACKETT** | : | |

### O R D E R

**AND NOW**, this      day of                  , 2022, upon consideration of the Motion to Withdraw as Counsel, it is **ORDERED** that the motion is **GRANTED**. Mythri Jayaraman, Assistant Federal Defender and The Federal Community Defender Office for the Eastern District of Pennsylvania are hereby removed as defense counsel.

It is so **ORDERED**.

BY THE COURT:

_____
**THE HONORABLE AMIT P. MEHTA**
**United States District Court Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 21-28-14** |
| | : | |
| | : | |
| **JOSEPH HACKETT** | : | |

## MOTION TO WITHDRAW AS COUNSEL

The Federal Community Defender Office for the Eastern District of Pennsylvania, by way of Elizabeth L. Toplin, Assistant Chief, Trial Unit, hereby moves to withdraw as appointed counsel in this matter. In support it is stated:

1. On May 26, 2021, Defendant Joseph Hackett was charged by way of Fourth Superseding Indictment with offenses related to the breach of the Capitol on January 6, 2021.

2. By way of Administrative Order, the Federal Community Defender Office for the Eastern District of Pennsylvania was appointed to represent Defendant Joseph Hackett.

3. On June 11, 2021, Assistant Federal Defender Angela Halim entered her appearance on behalf of our office for Mr. Randolph. Assistant Federal Defender Mythri Jayaraman later entered her appearance on behalf of the defendant on August 9, 2011.

4. Since this time, Ms. Halim has left the office, but would like to remain as counsel for continuity. Accordingly, the Federal Community Defender Office for the Eastern District of Pennsylvania seeks to withdraw as counsel for the defendant.

5. We are unaware of any changes in the financial circumstance of the defendant.

**WHEREFORE**, the Federal Community Defender Office for the Eastern District of Pennsylvania respectfully moves to be withdrawn as counsel.

Respectfully submitted,

*/s/ Elizabeth L. Toplin*
ELIZABETH L. TOPLIN
Assistant Chief, Trial Unit

**CERTIFICATE OF SERVICE**

    I, Elizabeth L. Toplin, Assistant Chief, Trial Unit, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have served a copy of the Motion to Withdraw as Counsel by Electronic Case Filing upon Ahmed Muktadir Baset, Alexandra Stalimene Hughes, Jeffrey S. Nestler, Justin Todd Sher, Kathryn Leigh Rakoczy, Troy A. Edwards, Jr., and Louis J. Manzo, Assistant United States Attorneys.

                                               */s/ Elizabeth L. Toplin*
                                               ELIZABETH L. TOPLIN
                                               Assistant Chief, Trial Unit

DATE:       February 17, 2022