# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NUMBER 21-28-14** |
| : | |
| **JOSEPH HACKETT** : | |

# O R D E R

**AND NOW**, this      day of                  , 2022, upon consideration of the Motion to Withdraw as Counsel, it is **ORDERED** that the motion is **GRANTED**. Mythri Jayaraman, Assistant Federal Defender and The Federal Community Defender Office for the Eastern District of Pennsylvania are hereby removed as defense counsel.

It is so **ORDERED**.

BY THE COURT:

_____
**THE HONORABLE AMIT P. MEHTA**
**United States District Court Judge**